

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00070-CV
_____

PHILIP SPIEGELBERG, APPELLANT

V.

ANGELA CROUCH, APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2013-506,910; Honorable Leslie Hatch, Presiding

June 7, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Philip Spiegelberg, filed this appeal from a final order regarding the interests of O.E.C., a child. The clerk's record and reporter's record have both been filed and Spiegelberg's brief was originally due on April 18, 2016. On April 25th, the court *sua sponte* granted an extension of time to file Spiegelberg's brief until May 5th, and in a letter to Spiegelberg, the clerk notified him that failure to timely file a brief would subject the appeal to dismissal without further notice. *See* TEX. R. APP. P. 38.8(a)(1),

42.3(b). Spiegelberg did not file a brief or respond to the court's letter. On May 16th, the court *sua sponte* granted Spiegelberg a second extension until May 23rd to file his brief. The clerk again notified Spiegelberg by letter that failure to file a brief by this deadline would subject the appeal to dismissal. Spiegelberg has made no response to the court's letters and the brief remains outstanding.

Consequently, this appeal is dismissed for want of prosecution and failure to comply with a notice from the clerk of this court requiring action within a specified time. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Per Curiam